UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CR50 HEA |
| | ) | |
| ROBERT CONNER, | ) | |
| ROBERT BAKER, | ) | |
| WILLIAM HART, | ) | |
| GERALD MAURICE RANKIN, | ) | |
| MONICA GHOLSON, | ) | |
| JOANNA DAVIS, | ) | |
| MAX DAVIS, and | ) | |
| JOHN BOWMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court upon Defendant Robert Conner's Motion to Continue Trial [Doc. 327], Waivers of Speedy Trial [Doc. #s 255, 260, 261, 262, 265, 268, 269, 279] filed by Defendants, and on the Court's own motion. Government's counsel has no objection to Defendant's motion.

This Court, upon careful consideration of the motion of Defendant, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting to November 26, 2007, and that a continuance of these proceedings outweighs the best interest of the public and the defendants in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendants and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendants have filed with this Court signed Waivers of Speedy Trial under the Speedy

Trial Act, 18 U.S.C. §3161.

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting of September 17, 2007, is **VACATED**, and that the trial is **RESET** to November 26, 2007, at 9:30 a.m.

Dated this 31st day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE