UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  4:07CR50 HEA |
| | ) | |
| ROBERT CONNER, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM ORDER AND JUDGMENT**

This matter is before the Court on Count Thirty Seven of the Indictment

against Defendant, which the parties have deferred for the Court's determination.

The Government now moves for a money judgment in the amount of $1,213,970.58,

which it claims is the amount derived from proceeds obtained by Defendant as a

result of Defendant's violations.  Defendant has not filed any response to the

Government's request.

The criminal forfeiture statute, 18 U.S.C. § 982(a)(2)(B), subjects to

forfeiture "any property constituting, or derived from, proceeds the person obtained

directly or indirectly, as the result of" the violations charged in the indictment

herein, *i.e.*, bank fraud and unauthorized use of a credit access device.

The evidenced presented at Defendant's trial established that Defendant

approved 60 fraudulent credit applications for which $25,000 credit lines were approved. Furthermore, the evidence also established each of these cards had a balance in excess of $25,000.

Based on the evidenced adduced at the trial of this matter from November 26, 2007 through November 30, 2007, the Court finds that the Government has proven by a preponderance of the evidence that it is entitled to a money judgment in the amount of $1,213,970.58.

Furthermore, the evidence established, by a preponderance of the evidence, that the 2006 GMC Yukon XL VIN 1GLFK66U56J102435 was purchased through proceeds derived as a result of the bank fraud violations charged in the indictment, and as such, it is subject to criminal forfeiture to the Government.

Accordingly,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that judgment is entered in favor of the government and against Defendant Robert Conner in the amount of $1,213,970.58.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the 2006 GMC Yukon XL VIN 1GLFK66U56J102435 shall be forfeited to the

government.

Dated this 30th day of January, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE